# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-14-00744-CV

**In re Deutsche Bank Securities Inc.**

## ORIGINAL PROCEEDING FROM TRAVIS COUNTY

## O R D E R

**PER CURIAM**

Relator Deutsche Bank Securities Inc. has filed a petition for writ of mandamus and a motion for temporary stay. *See* Tex. R. App. P. 52.8, 52.10. We grant the motion for temporary relief and stay the portion of the trial court's discovery order requiring Deutsche Bank Securities Inc. to answer, object, or otherwise respond to real party in interest Texas County and District Retirement System's requests for production and interrogatories, pending further order of this Court. The Court orders the real party in interest, Texas County and District Retirement System, to file a response to the petition for writ of mandamus on or before December 5, 2014.

It is ordered November 25, 2014.

Before Justices Puryear, Pemberton, and Field